FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JUL -3 AM 9: 36
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,        *
                                 *
v.                               *       CR 115-094
                                 *
PATRICK BENJAMIN BUXTON          *

O R D E R

On January 25, 2016, this Court sentenced Defendant Patrick Benjamin Buxton upon his plea of guilty to one count of felon in possession of a firearm to serve 96 months imprisonment followed by three years of supervised release. The Judgment and Commitment Order is silent as to whether the federal sentence would run concurrently with or consecutive to the state sentence that had yet to be imposed for crimes arising out of the same conduct.

At present, the Federal Bureau of Prisons has sought clarification as to the Court's position on whether the federal sentence is to run concurrently with his state sentence. Because the conduct related to the state offenses was taken into consideration by the United States Sentencing Guidelines in determining a sentence for the instant federal offense, the Court hereby **ORDERS** and **ADJUDGES** that the federal sentence in this case

shall run concurrently with the state sentence imposed by the Superior Court of Columbia County in March 2016.

The Clerk is directed to send a service copy of this Order to the following addresses:

    Mr. John O'Brien, Chief
    Designation and Sentence Computation Center
    U.S. Armed Forces Reserve Complex
    346 Marine Forces Drive
    Grand Prairie, Texas 75051

    Patrick Benjamin Buxton
    Register Number: 19594-021
    USP Lewisburg
    2400 Robert F. Miller Drive
    Lewisburg, PA 17837

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of July, 2019.

                                      UNITED STATES DISTRICT JUDGE